NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**R.L. BATES GENERAL CONTRACTOR PAVING & ASSOCIATES, INC.,**
*Appellant,*

v.

**JOHN MCHUGH, SECRETARY OF THE ARMY,**
*Appellee.*

---

2010-1313

---

Appeal from the Armed Services Board of Contract Appeals in no. 53641, Administrative Judge Monroe E. Freeman, Jr.

---

## ON MOTION

---

## O R D E R

R.L. Bates General Contractor Paving & Associates, Inc., moves for a 14-day extension of time, until March 14, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 2 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kevin M. Cox, Esq.
    William J. Grimaldi, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 4 2011

JAN HORBALY
CLERK